IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREG KNIGHT,

     Plaintiff,                     No. CIV S-05-1548 LKK JFM P

     vs.

JAMES RICHARDSON,

     Defendant.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed August 26, 2005, plaintiff's in forma pauperis application and his original complaint were dismissed and plaintiff was given thirty days to file either a complete in forma pauperis application and an amended pleading or a request for voluntary dismissal. The thirty day period has now expired, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
knig1548.fta